**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| **EDDIE JAMES BURTON**, | : | |
| Plaintiff, | : | CASED NO.: **1:11-CV-179 (WLS)** |
| v. | : | |
| **Clerk of Court EVONNE MULL**, | : | |
| Defendant. | : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed May 23, 2013. (Doc. 46.) It is recommended that Defendant's Motion for Summary Judgment (Doc. 36) be granted. (Doc. 46 at 4-6.) No objections were filed within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1). The objection period expired on June 6, 2013. (*See* Doc. 46 at 6; Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 46) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendant's Motion for Summary Judgment (Doc. 36) is **GRANTED**. It is hereby **ORDERED AND ADJUDGED** that Plaintiff shall taking nothing by his Complaint (Doc. 1) and **JUDGMENT** shall be entered in favor of

1

Defendant.

    **SO ORDERED**, this  12th   day of June, 2013.

                                        /s/ W. Louis Sands
                                        **THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**